

# COURT OF APPEALS

**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

## NO. 02-15-00063-CV

CITY OF ARLINGTON                                                                     APPELLANT

V.

ANTHONY BARNES                                                                        APPELLEE

------------

FROM THE 48TH DISTRICT COURT OF TARRANT COUNTY
TRIAL COURT NO. 048-269467-13

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered "City Of Arlington's Motion To Dismiss Appeal," which is unopposed. It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by the party incurring the same, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL: WALKER, MEIER, and GABRIEL, JJ.

DELIVERED: April 23, 2015

------------

[1]*See* Tex. R. App. P. 47.4.